# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., <br><br> *Defendant.* | Civil Action No. 6:23-cv-054-DAE <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR IMPROPER VENUE AND FAILURE TO STATE A CLAIM

The Court, having reviewed Defendant Verizon Communications Inc.'s Motion to Dismiss Plaintiff's Complaint for Improper Venue and Failure to State a Claim, and finding that the relief requested therein is appropriate and in the interests of justice, GRANTS Defendant's motion and ORDERS that Arena IP, LLC's Complaint is dismissed in its entirety both for improper venue and failure to state a claim.

SO ORDERED.

Dated: _____                    _____
                                            DAVID ALAN EZRA
                                            SENIOR UNITED STATES DISTRICT JUDGE