IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>*Defendant*. | Civil Action No. 6:23-cv-054-DAE<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND GRANTING VERIZON'S MOTION TO DISMISS

Before the Court is Plaintiff's Motion for Leave to Conduct Expedited Venue Discovery (Dkt. 19). After consideration of said briefing, the Court finds that Plaintiff's Motion for Leave is hereby DENIED.

Furthermore, the Court GRANTS Defendant's Motion to Dismiss for Improper Venue (Dkt. 21) as Unopposed.